IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL LOCKETT, | : |
| Plaintiff, | : |
| vs. | : |
| | : CIVIL ACTION 12-0427-M |
| MICHAEL J. ASTRUE, | : |
| Commission of Social Security, | : |
| Defendant. | : |

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Darrell Lockett.

DONE this 14th day of February, 2013.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE